**GOLENBOCK EISEMAN ASSOR BELL & PESKOE** LLP

ATTORNEYS AT LAW | 711 THIRD AVENUE., NEW YORK, NY 10017-4014
T (212) 907-7300 | F (212) 754-0330 |
WWW.GOLENBOCK.COM

DIRECT DIAL NO.: (212) 907-7341
EMAIL ADDRESS: PRICARDO@GOLENBOCK.COM

September 9 , 2022

The Clerk of Court is directed to terminate ECF No. 29.

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY  10007

SO ORDERED.

*[signature]*

September 9, 2022

    Re:    *Marsh USA Inc. v. Michael Machua Millett et al.*;
            Case No. 22-cv-06656, **Discovery Dispute – September 14 Deposition**

Dear Judge Furman:

    This firm represents Defendants in the above-captioned action.  On September 7, 2022, I filed a letter-motion pursuant to Your Honor's Individual Rules and Practices in Civil Cases (the "Rules") 2(A), 2(H), and 3(E) to address with the Court the overly broad and unduly burdensome proposed topics of examination (the "Topics") that plaintiff Marsh USA Inc. ("Marsh") attached to its Notice of Rule 30(b)(6) Deposition to defendant Northeast Series of Lockton Companies, LLC (the "Northeast Series").  (Doc. No. 29).  That same day, the Court entered an Order directing Marsh to file any opposition by September 9, 2022.  (Doc. No. 30).  The parties met and conferred after the Court entered its Order and have resolved the issue.  The Northeast Series therefore withdraws its letter-motion.

    We thank the Court for its very swift attention to and assistance with this matter.

4292988.1

September 9, 2022
Page 2

                                        Respectfully submitted,

                                        GOLENBOCK EISEMAN ASSOR BELL
                                            & PESKOE LLP

                                        /s/ S. Preston Ricardo
                                        S. Preston Ricardo

cc:      Counsel of Record (via ECF)

4292988.1