

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298


A. Michael Weber
212.583.2660 direct
212.583.9600 main
212.832.2719 fax
mweber@littler.com

September 20, 2022

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York  10007

        Re:    *Marsh USA Inc. v. Michael Machua Millett, et al.,*
                 *Case No. 22-CV-6656* – **Adjournment of Preliminary**
                 **Injunction Hearing Requiring Immediate Attention**

Dear Judge Furman:

      This firm represents Marsh USA Inc. in the above-referenced action. We are writing pursuant to Your Honor's Individual Rules and Practices in Civil Cases – jointly with counsel for Defendants – to request that the preliminary injunction hearing ("PI Hearing") that the Court originally scheduled for September 30, 2022, at 9:00 a.m. (Doc. No. 20) and, at the parties' request, adjourned to October 24, 2022, be further adjourned. (Doc. No. 26.) To provide the parties with an opportunity to make further progress with the substantive settlement negotiations in which they are engaged, the parties respectfully request that the PI Hearing be adjourned until a date that the Court may be available during the week of December 5, 2022, and request that the TRO be extended through the date of the PI Hearing.

      We thank the Court for its attention to this matter.

Honorable Jesse M. Furman
September 20, 2022
Page 2

Respectfully yours,

*A. Michael Weber* (signature)

A. Michael Weber

Cc: All Counsel of Record (via ECF)

When this Court sets a hearing (or trial) date, it is generally a firm date. That said, the Court will grant one final adjournment of the hearing, but only to **November 14, 2022**, at **9:30 a.m.** The parties should not expect any further adjournments of the hearing. The parties shall promptly confer and, no later than **September 29, 2022**, submit a joint letter proposing all applicable pre-hearing dates. In the same letter, the parties shall advise the Court if there is anything it can do to assist on the settlement front, including referral to the assigned Magistrate Judge or referral to the Court-annexed mediation program. The temporary restraining order is extended through the end of the hearing. The Clerk of Court is directed to terminate ECF No. 36.

SO ORDERED.

*(signature)*

September 20, 2022