UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH USA INC.,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>MICHAEL MACHUA MILLETT and NORTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>　　　　　　Defendants. | Case No.: 22-cv-06656 (JMF)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendants, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Defendant Northeast Series of Lockton Companies, LLC hereby is dismissed from this action without prejudice and without costs to any party.

Dated: October 3, 2022

_____
A. Michael Weber
Shawn Matthew Clark
James Horton
LITTLER MENDELSON, P.C.
900 Third Avenue, 8th Floor
New York, NY 10022
(212) 583-9600
MWeber@littler.com
SMClark@littler.com
JHorton@littler.com

*Attorneys for Plaintiff*

Dated: October 3, 2022

_____
S. Preston Ricardo
Jeffrey A. Miller
GOLENBOCK EISEMAN ASSOR BELL
& PESKOE, LLP
711 Third Avenue
New York, NY 10017
(212) 907-7300
pricardo@golenbock.com
jmiller@golenbock.com

*Attorneys for Defendants*

The Clerk of Court is directed to terminate Defendant Northeast Series of Lockton Companies, LLC as a party.

SO ORDERED:

_____
Jesse M. Furman
United States District Judge
October 3, 2022