UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH USA INC., <br><br> Plaintiff, <br><br> -against- <br><br> MICHAEL MACHUA MILLETT, <br><br> Defendant. | Case No.: 22 CV 6656 <br><br> **STIPULATED PERMANENT INJUNCTION** |

JESSE M. FURMAN, U.S.D.J.:

Plaintiff Marsh USA Inc. ("Marsh") brings this action against Defendant Michael Machua Millett ("Defendant" or "Millett") for breach of contract, breach of fiduciary duties, tortious interference with existing and prospective business relationships, and unfair competition. The Court issued a Temporary Restraining Order on August 5, 2022, that included certain interim injunctive relief as set forth therein (the "TRO").

On consent of the parties, and pursuant to Federal Rule of Civil Procedure 65, without any admission of liability by any party, the Court enters this Stipulated Permanent Injunction, which supersedes the Court's TRO.

1. Defendant Millett, and any person or entity acting in concert with him or under his supervision, is permanently restrained and enjoined until and including August 5, 2023, from soliciting or servicing, or inducing not to place business with Marsh, any clients of Marsh, or Marsh's affiliates, with whom Millett had contact or about whom Millett obtained confidential information, or for whom Millett was responsible for making (or assisting or supervising the making of) sales to, or performing or providing (or assisting or supervising the performance or

1

4314862.1

provision of) services or products on behalf of Marsh during the last two (2) years of his employment with Marsh.

2. Defendant Millett, and any person or entity acting in concert with him or under his supervision, is permanently restrained and enjoined from possessing, using, reproducing, disclosing or disseminating, directly or indirectly, Marsh's confidential information.

3. All of the pre-hearing deadlines in this Court's Order entered on September 30, 2022 (Doc. No. 42) shall be vacated, except for Defendant's deadline for responding to the Amended Complaint and the deadline for the parties to file a proposed Case Management Plan.

4. This order shall remain in effect, unless modified by subsequent order. The parties may modify the restrictions imposed by this order on a case-by-case basis by filing a written stipulation with the court or upon application to the court for good cause shown.

SO STIPULATED AND AGREED.

By: /s/ Shawn Matthew Clark_____
    A. Michael Weber
    Shawn Matthew Clark
    James F. Horton
    LITTLER MENDELSON, P.C
    900 Third Avenue
    New York, NY 10022
    212.583.9600
    MWeber@littler.com
    SMClark@littler.com
    JFHorton@littler.com

*Attorneys for Plaintiff*

By: /s/ S. Preston Ricardo_____
    S. Preston Ricardo
    Jeffrey A. Miller
    GOLENBOCK EISEMAN
    ASSOR BELL& PESKOE LLP
    711 Third Avenue
    New York, NY 10017
    212.907.7300
    pricardo@golenbock.com
    jmiller@golenbock.com

*Attorneys for Defendant*

Dated: October 9, 2022
    New York, New York

SO ORDERED: _____
JESSE M. FURMAN
United States District Judge

The preliminary injunction hearing scheduled for November 14, 2022, is hereby CANCELED.

4314862.1