UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MARSH USA INC.,                                                   :
:
                      Plaintiff,                      :      22-CV-6656 (JMF)
:
            -v-                                                   :      <u>ORDER</u>
:
MICHAEL MACHUA MILLETT,                                           :
:
                      Defendant.                      :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant was required to answer or otherwise respond to the operative complaint by October 10, 2022.  *See* ECF No. 42 ¶ 4; ECF No. 50 ¶ 3.  To date, Defendant has yet to file anything.  As a courtesy, Defendant's deadline is hereby EXTENDED, *nunc pro tunc*, to **October 24, 2022**.  Absent compliance with this Order, the Court will invite Plaintiff to move for entry of a default judgment.

      SO ORDERED.

Dated: October 19, 2022
       New York, New York                           _____
                                                  JESSE M. FURMAN
                                              United States District Judge